## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3014-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| HA T. T. NGUYEN, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the court's memorandum and order previously issued this date,

IT IS ORDERED that judgment is entered for the United States and against the defendant, providing that the defendant shall take nothing and the defendant's motion (filing 310) to vacate, set aside or the correct her sentence under 28 U.S.C. § 2255 is denied on the merits.

DATED: May 5, 2005.                    BY THE COURT:

s/ Richard G. Kopf
United States District Judge