IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3014 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| vs. | ) | |
| | ) | |
| HA T. T. NGUYEN, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum and order entered this date,

JUDGMENT is entered for the United States of America and against Ha T. T. Nguyen providing that she shall take nothing and her second § 2255 motion is dismissed.

April 25, 2006.              BY THE COURT:

                             s/ *Richard G. Kopf*
                             United States District Judge