IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:03CR3014-1 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| HA T.T. NGUYEN, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant, Ha T.T. Nguyen, has filed a motion seeking modification or reduction of her sentence based upon pending amendments to the "crack" cocaine Guidelines. I note that the amendments referred to by the defendant have not yet been enacted into law. Furthermore, the amendments, as drafted, are not retroactive, although the Sentencing Commission is considering whether to make the amendments retroactive should the amendments be enacted. I understand that the Sentencing Commission will hold a public hearing on that issue on November 13, 2007. It is apparent that the defendant's motion is not now ripe. Accordingly,

IT IS ORDERED that the defendant's motion (filing 377) will be held in abeyance. My chambers shall call this case to my attention on January 22, 2008.

October 17, 2007.                                BY THE COURT:

                                                 s/ *Richard G. Kopf*
                                                 United States District Judge