IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3014-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| HA T.T. NGUYEN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The defendant's motion for extension (filing 389) is granted.

(2) Counsel of record shall have until close of business on May 19, 2008, to comply with paragraph 2 of the undersigned's memorandum and order dated March 5, 2008.

May 6, 2008.                BY THE COURT:


                            s/ *Richard G. Kopf*
                            United States District Judge