IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:03CR3014-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| HA T.T. NGUYEN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that

(1)   The defendant's second motion for extension (filing 394) is granted.

(2)   Counsel of record shall have until close of business on June 2, 2008, to comply with paragraph 2 of the undersigned's memorandum and order dated March 5, 2008.

May 20, 2008.                         BY THE COURT:


                                      s/ *Richard G. Kopf*
                                      United States District Judge