IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CR3014 |
| | ) | |
| V. | ) | |
| | ) | |
| HA T.T. NGUYEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion to set aside the 28 U.S.C. § 2255 habeas corpus judgment pursuant to Rule 60(b)(4) and (6) is denied.

DATED this 28th day of July, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge